# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

**OSCAR BERT BLAKE,**

    **Plaintiff,**

**v.**                                                                 **13-cv-0074 GBW/SMV**

**CNTY. OF OTERO,**
**OTERO CNTY. SHERIFF'S DEP'T,**
**CARRERA, and VISCARRA,**

    **Defendants.**

## ORDER TO SHOW CAUSE

THIS MATTER is before the Court sua sponte.  Plaintiff filed his Complaint against various Defendants on January 24, 2012.  Complaint [Doc. 1] at 1.  Pursuant to Fed. R. Civ. P. 4(m), Plaintiff had 120 days from filing the Complaint within which to effect service of process.  To date, there is no indication on the record that service of process has been effected with respect to Defendants County of Otero, Otero County Sheriff's Department, or Fernando R. Viscarra.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff is directed to show good cause why his claims against the above-named Defendants should not be dismissed without prejudice for failure to comply with the service provision of Rule 4(m). Plaintiff shall file his response within 21 days of entry of this Order.

**IT IS SO ORDERERD.**

                                   _____

                                   **STEPHAN M. VIDMAR**
                                   **United States Magistrate Judge**