IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**OSCAR BERT BLAKE,**

    Plaintiff,

v.                                            13-cv-0074 GBW/SMV

**CNTY. OF OTERO,**
**OTERO CNTY. SHERIFF'S DEP'T,**
**CARRERA, and VISCARRA,**

    Defendants.

**ORDER QUASHING ORDER TO SHOW CAUSE**

THIS MATTER is before the Court on Plaintiff's Response [Doc. 10] to the Order to Show Cause [Doc. 5]. Plaintiff filed his Complaint against various Defendants on January 24, 2013. [Doc. 1] at 1. However, by June 13, 2013, there was no indication on the record that service of process has been effected for Defendants County of Otero, Otero County Sheriff's Department, or Fernando R. Viscarra. [Doc. 5] (citing Fed. R. Civ. P. 4(m)). Therefore, the Court ordered Plaintiff to show cause why those Defendants should not be dismissed. *Id.* Plaintiff timely filed his response [Doc. 10], and these Defendants have now appeared in the case [Doc. 12].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Order to Show Cause [Doc. 5] is QUASHED.

**IT IS SO ORDERERD**.

                                                                  _____
                                                                  **STEPHAN M. VIDMAR**
                                                                  **United States Magistrate Judge**