# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**OSCAR BERT BLAKE,**

    Plaintiff,

v.                                                              **13-cv-0074 GBW/SMV**

**CNTY. OF OTERO,**
**OTERO CNTY. SHERIFF'S DEP'T,**
**RICARDO CARRERA, and**
**FERNANDO R. VISCARRA,**

    Defendants.

## ORDER ADOPTING JOINT STATUS REPORT
## AND PROVISIONAL DISCOVERY PLAN

THIS MATTER is before the Court on a Rule 16 scheduling conference. Following a review of the parties' Joint Status Report and Provisional Discovery Plan [Doc. 18], filed August 23, 2013, the Court adopts the Joint Status Report and Provisional Discovery Plan as modified by the Court's Scheduling Order, filed concurrently herewith.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**